Sealed

Public and unofficial staff access
to this instrument are
prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

*March 22, 2023*

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA    §
                            §
v.                          §
                            §
                            §
                            §
                            §
                            §    Criminal No. **4:23-cr-00122**
                            §
                            §
                            §
                            §
                            §
                            §
                            §
ADRIAN ALBERTO CANO GOMEZ   §
also known as Andrea        §

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(Narco-Terrorism)

Beginning in January 2007, the exact date being unknown to the Grand Jury, and

continuing thereafter until the return of this Indictment, the defendants



ADRIAN ALBERTO CANO GOMEZ
also known as Andrea

and others unknown to the Grand Jury, did knowingly and intentionally engaged in (1) conduct

that would be punishable under Title 21, United States Code, Section 841(a), if committed within

the jurisdiction of the United States, that is, to knowingly and intentionally manufacture, distribute,

and possess with intent to distribute 5 kilograms or more of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance and (2)  said conduct occurs in

or affects interstate and foreign commerce, knowing and intending to provide, directly and

indirectly, anything of pecuniary value to any persons and organization, that has engaged and

engages in terrorist activity and terrorism, namely, the Ejercito de Liberacion Nacional, also

known as ELN; all in violation of Title 21, United States Code, Sections 960a, 841(a)(1),

841(b)(1)(A)(ii) and Title 18, United States Code, Section 2.

## COUNT TWO
(International Cocaine Distribution Conspiracy)

Beginning in January 2007, the exact date being unknown to the Grand Jury, and

continuing thereafter until the return of this Indictment, in the country of Colombia and within the

extraterritorial jurisdiction of the United States, the defendants



ADRIAN ALBERTO CANO GOMEZ
also known as Andrea

did knowingly and intentionally conspire and agree together and with other persons known and

unknown to the Grand Jury to manufacture and distribute 5 kilograms or more of a mixture and

substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending,

knowing, or having reasonable cause to believe that such substance would be unlawfully imported

into the United States.

In violation of Title 21, United States Code, §§ 963, 959(a), 960(a)(3) and 960 (b)(1)(B).

## COUNT THREE
(International Cocaine Distribution)

2

From on or about October 1, 2021, and continuing through on or about November 12, 2021,

in the country of Colombia and within the extraterritorial jurisdiction of the United States,

defendants



ADRIAN ALBERTO CANO GOMEZ
also known as Andrea

did knowingly and intentionally manufacture and distribute a controlled substance, intending,

knowing, and having reasonable cause to believe that such substance would be unlawfully

imported into the United States. The controlled substance involved was more than 5 kilograms,

that is, approximately 15 kilograms of a mixture or substance containing a detectable amount of

cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 959(a), 960(a)(3), 960(b)(1)(B), and Title

18, United States Code, § 2.

A TRUE BILL

## Original Signature on File
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Casey N. MacDonald*

Casey N. MacDonald
Assistant United States Attorney

*Anibal J. Alaniz*

Anibal J. Alaniz
Assistant United States Attorney

3